**United States District Court
for the District Of New Jersey**

| | |
|---|---|
| SUSAN CHIARAVALLE<br><br>         Plaintiff,<br><br>   v.<br><br>IMPERIUM INSURANCE COMPANY<br><br>         Defendant. | Civil No.: 13-1818 (KSH) (CLW)<br><br><br><br>**<u>Order</u>** |

For the reasons stated in the accompanying opinion,

**IT IS**, on this 17th day of June, 2014,

**ORDERED** that Judge Waldor's order of April 4, 2014 [D.E. 37], is **AFFIRMED** in all respects.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.