# GENNET, KALLMANN, ANTIN & ROBINSON, P.C.

Stanley W. Kallmann *
Mark L. Antin ◊ †
Richard S. Nichols †
Donald G. Sweetman ○

Samuel A. Gennet
(1936-1998)

✧ Member NY Bar
* Member NJ & NY Bars
□ Member NJ, PA & MA Bars
◊ Member NJ, NY & FL Bars
○ Member NJ, NY & CT Bars
✪ Member NJ, NY & PA Bars
† Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney

6 Campus Drive
Parsippany NJ 07054-4406

(973) 285-1919
FAX (973) 285-1177
gkar@gkar-law.com

Litman Suite
140 Broadway, 38th Floor
New York NY 10005
(212) 406-1919

The Metropolitan Business Center
860 First Avenue, Suite 5B
King of Prussia, PA 19406
(610) 337-2087
FAX (610) 337-2575
nzangrilli@mcda-law.com

Brian J. Bolan *
Michael S. Leavy ✧
Denise M. Bush ✪

Harry Robinson, III
(1973-2000)

PA Managing Attorney
Nancy Zangrilli (Of Counsel) □

www.gkar-law.com

**Please Reply to Parsippany**

April 22, 2015

*Via: EFiling*

Magistrate Judge Cathy L. Waldor
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & Courthouse
50 Walnut St., Room 4040
Newark, NJ 07102

      Re: *Susan Chiaravalle v. Imperium Insurance Company*
         Case No.: 2:13-cv-01818-KSH-CLW
         Our File No.: 13-8508:223.0231-S

Dear Magistrate Judge Waldor:

  I am pleased to report that following Mediation before the Honorable Nicholas Stroumstos (Ret.), this matter and the related State Court matter have been resolved.

  Following the exchange of necessary closing papers, a Stipulation of Dismissal with Prejudice and without Costs will be submitted to the Court for filing.

April 22, 2015

Magistrate Judge Cathy L. Waldor
United States District Court

Page 2

_____

        Finally, we wish to thank the Court for its courtesy and guidance throughout this matter.

                                            Respectfully submitted,

                                            GENNET, KALLMANN, ANTIN & ROBINSON, P.C.

DGS/slb                                 By:
                                            DONALD G. SWEETMAN
                                            Dsweetman@gkar-law.com

cc: Sandra C. Nathans, Esq. (Via:email)