IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN CHIARAVALLE,<br><br>                Plaintiff,<br>v.<br><br>IMPERIUM INSURANCE COMPANY,<br><br>                Defendant. | Civil Action No.: 2:13-1818 (KSH-CLW)<br><br>**STIPULATION OF DISMISSAL** |

The parties hereby stipulate and agree that plaintiffs' Complaint and any and all cross claims are hereby dismissed with prejudice as to all parties and without costs.

**SCHENCK, PRICE, SMITH & KING, LLP**

Attorneys for Plaintiff,
Susan Chiaravalle

By: _/s/ Sandra Calvert Nathans_
     Sandra Calvert Nathans, Esq.

Dated: July 2, 2015

**GENNETT KALLMANN ENTIN & ROBINSON, P.C.**

Attorneys for Defendant,
Imperium Insurance Company

By: _/s/ Donald G. Sweetman_
     Donald G. Sweetman, Esq.

Dated: July 1, 2015

(1432935;1)